**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA, ET Al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-2612** |
| **STATE OF LOUISIANA, ET AL.** | **SECTION: N** |

**ORDER**

It appears from the record that the subject matter of the above-captioned case is related to another action previously pending in the Eastern District of Louisiana, *QCX LLC v. Liz Murrill, et al.*, Civil Action No. 26-2482.

**IT IS HEREBY ORDERED** that the above-captioned matter be **TRANSFERRED** to Judge Lance M. Africk, Section "I" of this Court and to Magistrate Judge Karen Wells Roby, Division 4 of this Court.

New Orleans, Louisiana, this 16th day of November, 2026.

Anna St John

ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

11/16/26
TRANSFERRED TO
**SECT. I MAG 4**